closed

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAYFIELD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, and DOES 1-10, inclusive,<br><br>　　　　Defendants | Case No.: Case No. CV 14-698-R (SHx)<br><br>**ORDER OF DISMISSAL** |

## <u>ORDER</u>

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: May 4, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge